NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 18 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KHALID N. KHAN,

            Plaintiff-Appellant,

    v.

U.S. BANK NATIONAL ASSOCIATION,
AKA U.S.Bank.com, N.A., As Beneficiary;
S.A. CHALLENGER, INC.,

            Defendants-Appellees.

No. 23-15538

D.C. No. 2:22-cv-00954-DAD-AC

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted October 10, 2023**

Before:    S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

    Khalid N. Khan appeals pro se from the district court's order denying his

motion for reconsideration following the district court's judgment dismissing his

action arising from a home loan and foreclosure.  We have jurisdiction under 28

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review for an abuse of discretion a denial of a motion under Federal Rule of Civil Procedure 60(b).  *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  We affirm.

The district court did not abuse its discretion in denying Khan's motion for reconsideration because Khan did not identify any mistake, newly discovered evidence, fraud, or extraordinary circumstances that would justify relief.  *See id.* at 1263 (setting forth grounds for reconsideration).

**AFFIRMED.**